# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**HEIDI SUE LUCAS**

        **Plaintiff,**

vs.                                               No. 16-CV-1131 SMV

**NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration,**

        **Defendant.**

## ORDER ON UNOPPOSED MOTION FOR EXTENSION OF TIME

THIS MATTER coming before the Court upon Plaintiff's Unopposed Motion for Extension of Time, it being stated that opposing counsel concurs in the granting of the Motion, and the Court having read the Motion and being fully advised of the premises,

IT IS THEREFORE ORDERED that Plaintiff is granted through May 8, 2017, to serve her Motion to Reverse and Remand Administrative Agency Decision with Supporting Memorandum.

IT IS FURTHER ORDERED that Defendant is granted through July 7, 2017 to serve her Response, and Plaintiff through July 21, 2017 to serve her reply.

                                                    HONORABLE STEPHAN M. VIDMAR
                                                    UNITED STATES MAGISTRATE JUDGE

Submitted and Approved By:


*/s/Michael D. Armstrong*
Michael D. Armstrong
Attorney for Plaintiff
220 Adams St. SE, Suite B
Albuquerque, NM 87108
Bus.   (505) 890-9056
Fax.   (505) 266-5860


Email Approval on April 26, 2017
Manuel Lucero, AUSA
manny.lucero@usdoj.gov
United States Attorney's Office
District of New Mexico
P.O. Box 607
Albuquerque, NM   87103
(505) 224-1504
(505) 346-7205 fax