# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**HEIDI SUE LUCAS,**

    Plaintiff,

v.                                                     No. 16-cv-1131 SMV

**NANCY A. BERRYHILL,**[1]
**Acting Commissioner of Social Security Administration,**

    Defendant.

## JUDGMENT

Having granted Defendant's Unopposed Motion for Remand Under Sentence Four of 42 U.S.C. § 405(g) [Doc. 23],

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff.

**IT IS SO ORDERED.**

                                                      **STEPHAN M. VIDMAR**
                                                      **United States Magistrate Judge**
                                                      **Presiding by Consent**

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Nancy A. Berryhill is substituted for Carolyn Colvin as the Acting Commissioner of the Social Security Administration